King Collar Button Company, Respondent, v. Arnold C. Messler, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Beatrice Finkelstein, Appellant, v. Nathan Finkelstein, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

The People of the State of New York ex rel. New York, Westchester and Boston Railway Company, Respondent, v. Frederick H. Ebstein, Receiver of Taxes of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

United German Silver Company, Respondent, v. William R. Pearson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

The People of the State of New York ex rel. Hyman Cohen, Appellant, v. Charles F. Rattigan, as Warden of Auburn Prison, New York, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Wilhelmina Meyer, Otherwise Known as Wilhelmina Mayo, Respondent, v. Virginius St. Julian Mayo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Walter H. Alcock, Respondent, v. Hydraulic Turbine Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Mervyn Wolff, Respondent, v. Noel Jourda de Vaux and Another, Defendants. Elbert A. Brinckerhof, Jr., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Thomas J. Morrow, Appellant, v. Herbstone Realty Corporation and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Estelle B. Finlayson, Appellant, v. Emma Butterfield, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Knapp & French, Inc.— Motion to dismiss appeal denied. Memorandum per curiam. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Luther T. Townsend, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

In the Matter of Luther T. Townsend, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

Sophie Leppanen, as Administratrix, v. Irvel Realty Company.— Motion